UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
NOV 18 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:19-cr- |
| MARCUS DILLARD, | ) |
| Defendant. | ) |

1:19-cr-0362 SEB-TAB

## INFORMATION

### COUNT ONE
[Possession with the Intent to Distribute Controlled Substances]
21 U.S.C. § 841(a)(1); 841(b)(1)(C)

The United States Attorney charges that:

On or about October 29, 2019, within the Southern District of Indiana, MARCUS DILLARD, the defendant herein, did knowingly possess with intent to distribute heroin, a Schedule I controlled substance in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### COUNT TWO
[Carrying a Firearm During and in Relation to a Drug Trafficking Crime]
18 U.S.C. § 924(c)(1)

The United States Attorney further charges that:

On or about October 29, 2019, within the Southern District of Indiana, MARCUS DILLARD, the defendant herein, did knowingly carry a firearm, to wit: a Zastava Arms .40

caliber handgun, during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1).

                                                                JOSH J. MINKLER
                                                                UNITED STATES ATTORNEY

| STATE OF INDIANA | ) | |
|---|---|---|
| | ) | SS: |
| COUNTY OF MARION | ) | |

       Abhishek S. Kambli, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

                                                               Abhishek S. Kambli
                                                              Assistant United States Attorney

       Subscribed and sworn to before me, a notary public, on this _____ day of November, 2019.

                                                               Notary Public

My Commission Expires

_____

My County of Residence:

_____